**Order entered June 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00659-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER

Before the Court is relator's motion to serve relator a copy of the court's June 02, 2014 memorandum opinion in which relator alleges he never received a copy of the court's opinion in this case. We **GRANT** the motion and **DIRECT** the clerk to mail a copy of the Court's June 02, 2014 opinion to relator.

/s/    ELIZABETH LANG-MIERS
        JUSTICE